DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:

Luchsinger, Nicole D

Case No.  07-01347-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $37.50, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
| --- | --- | --- |
| Luchsinger, Nicole D | 700 241ST LANE SE SAMAMISH , WA 98074 | $37.50 |

Dated: July 23, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874763           7-28-10           $37.50